UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANITA D. PEVERLY,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. C14-911-RAJ<br><br>ORDER DISMISSING CASE |

This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. The court has reviewed the R&R and notes that no party objected to it. The court has nonetheless reviewed the administrative record and the briefs the parties submitted to Judge Donohue. The court concurs with the analysis of the R&R. The court therefore ADOPTS the R&R (Dkt. # 16), affirms the final decision of the Commissioner, and dismisses this case with prejudice. The clerk shall enter judgment for the Commissioner and ensure that Judge Donohue receives notice of this order.

DATED this 27th day of April, 2015.

_[signature: Richard A. Jones]_

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING CASE
PAGE - 1